## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                  :      Chapter 7
                                        :
HS OF DELAWARE, LLC                     :
f/k/a HARTSTRINGS, LLC,                 :      Case No. 11-_____ (____)
                                        :
                  Debtor.               :
                                        :
-----------------------------------------------------x
```

## DEBTOR'S STATEMENT OF
## CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)
## AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

the above captioned debtor (the "Debtor") states that the following is a list of all corporations,

other than governmental units, that directly or indirectly own 10% or more of any class of

interests in the Debtor:

| Name and Address | Approximate Percentage of Interests Held |
|---|---|
| HSHC Corp. (f/k/a Hartstrings Holdings Corp.) 2 Bethesda Metro Center, 14th Floor Bethesda, Maryland 20814 | 100% |

# DECLARATION CONCERNING DEBTOR'S STATEMENT
## OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)
## AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Jean M. Lewis, the authorized representative and former Chief Financial Officer of the debtor in this chapter 7 case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtor's Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated:   June 2, 2011

_____
Jean M. Lewis
Authorized Representative
HS of Delaware, LLC
