## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

In re:                         :      Chapter 7

HS OF DELAWARE, LLC          :

f/k/a HARTSTRINGS, LLC,         :      Case No. 11-_____ (____)

              Debtor.       :

---------------------------------------------------------x


# SCHEDULES OF ASSETS AND LIABILITIES


YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253


*Counsel for the Debtor*

*These Global Notes regarding the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") comprise an integral part of the Schedules and SOFA and should be referred to and considered in connection with any review of them.*

1. The debtor in the above-captioned case (the "Debtor") prepared these unaudited Schedules and SOFA pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted (a) the information provided herein is as of the close of business on June 1, 2011, and (b) values of assets provided represent values as of such date. While the Debtor has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete, based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtor's books and records may result in changes to financial data and other information contained in the Schedules and SOFA. Moreover, because the Schedules and SOFA contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete or accurate.

2. In reviewing and signing the Schedules and SOFA, the Debtor's former chief financial officer and authorized representative (the "Authorized Representative") has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtor. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

3. The Debtor reserves its rights to amend its Schedules and SOFA as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights with respect to this chapter 7 case and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4. Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves all of its rights with respect to any such credits and allowances.

5. Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated as of June 1, 2011. In such cases, no amounts are listed or the amounts are listed as "unknown." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtor's assets and liabilities.

6.   At times, the preparation of the Schedules and the SOFA required the Debtor to make estimates and assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtor may amend its Schedules as it deems necessary and appropriate to reflect material changes, if any, that arise during the pendency of its chapter 7 case. In addition, the Debtor reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7.   Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8.   For the purposes of Schedule B, question 3, and SOFA question 13, the Debtor believes that the entities listed in response to Schedule B, question 2 either hold de minimis security deposits belonging to the Debtor or have recently setoff unpaid invoices from such security deposits.

9.   For the purposes of Schedule B, question 21, the Debtor, despite its efforts, may not have listed all of its causes of action against third parties as assets in the Schedules and SOFA. Further, the Debtor has not listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

10.   For the purposes of Schedule D, the amount of any claims listed thereon reflect principal only unless otherwise noted.

11.   The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule E are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule E are not claims that are entitled to priority.

12.   For the purposes of the Schedules, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable. No claims have been scheduled for which the Debtor may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a named party.

13.   The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any lease or contract listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its businesses, such as subordination, non-disturbance and

attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, the Debtor reserves its right to assert that such agreements constitute executory contracts.

14. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

15. With respect to SOFA questions 1 and 2, items such as utility provider refunds, vendor refunds and tax refunds have not been treated as income for purposes of SOFA questions 1 and 2.

16. With respect to SOFA question 3(b), payments to bankruptcy counsel listed in response to SOFA question 9 are omitted from the responses to this question.

17. With respect to SOFA questions 3(c) and 23, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtor and such persons or entities.

18. With respect to SOFA question 3(c), the payments made to American Capital Financial Strategies during the previous year are gross of amounts lent by American Capital Financial Strategies to the Debtor during the previous year under the Debtor's revolving loan facility with American Capital Financial Strategies. American Capital Financial Strategies transferred approximately $1.2 million to the Debtor during the previous year under the Debtor's revolving loan facility.

19. With respect to SOFA question 7, the aggregate value of gifts made by the Debtor during the previous year is stated. This figure represents numerous donations of unsalable clothing to various charities, including but not limited to clothing used on mannequins in stores, damaged return items, third-quality merchandise and samples.

20. With respect to SOFA question 13, in the ordinary course of business certain of the Debtor's creditors take a deduction against their payment to the Debtor for authorized discounts, season-end margin support, and co-op advertising support. These creditors are not listed in response to SOFA question 13. Likewise, bank fees deducted from bank accounts of the Debtor are not listed in response to SOFA question 13.

21. With respect to SOFA question 19(b), the 2009 and 2010 audit work performed by Marcum & Kliegman, LLP did not result in finalized reports, only draft reports. Internal financial statements were prepared by the Debtor's former chief financial officer and controller, each identified in connection with SOFA question 19(a).

22. With respect to SOFA question 19(d), while the Debtor from time to time has furnished financial statements to other parties, it is not the practice of the Debtor to maintain records of such transmittal. Consequently, the response to SOFA question 19(d) may not be an exhaustive list of all entities that have received one or more financial statements from the Debtor or an affiliate of the Debtor.

23. The Debtor and its officers, employees, attorneys, professionals and agents do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its officers, employees, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its officers, employees, attorneys, professionals and/or agents be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:  <u>HS OF DELAWARE, LLC</u>          Case No.:  11-_____ (____)
         Debtor.

Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $3,584.55 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $39,154,924 | |
| E - Creditors Holding Unsecured Priority Claims (Total claims on Schedule E) | Yes | 9 | | $14,267.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $225,723.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtors(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 34 | $3,584.55 | $39,394,914.82 | |

In re: **HS OF DELAWARE, LLC**
       **Debtor**

Case No. 11-_____ (____)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ► | $0.00 | |

(Report also on Summary of Schedules.)

Case No. 11-_____ (___)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HSBC Bank USA, N.A.<br>452 Fifth Avenue<br>New York, NY 10018 | | $25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Baldwin EMC<br>P.O. Box 220<br>Summerdale, AL 36580-0220<br><br>Central Maine Power Company-Kittery<br>P.O. Box 1084<br>Augusta, ME 04332-1084<br><br>Cinergy Electric<br>C/O Duke Energy<br>P.O. Box 1327<br>Charlotte, NC 28201-1327<br><br>Dayton Power and Light<br>P.O. Box 740598<br>Cincinnati, OH 45274-0598<br><br>DMX<br>P.O. Box 660557<br>Dallas, TX 75266-0557<br><br>Florida Power and Light-Orlando<br>General Mail Facility<br>P.O. Box 025576<br>Miami, FL 33188-0001<br><br>Gulf Power-Destin<br>P.O. Box 830660<br>Birmingham, AL 35283-0660<br><br>Santee Corp-Myrtle Beach | | Unknown |

In re: **HS OF DELAWARE, LLC**                                           Case No. 11-_____ (____)
                    Debtor

# SCHEDULE B – PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | P.O. Box 188<br>Moncks Corner, SC 29461<br>Sevier County Electric-Sevierville<br>315 East Main Street<br>P.O. Box 4870<br>Sevierville, TN 37864<br><br>Sevier County Utility-Sevierville<br>P.O. Box 4398<br>Sevierville, TN 37864-4398<br><br>Town of Edinburgh<br>Municipal Utilities<br>P.O. Box 65<br>Edinburgh, IN 46124<br><br>Town of Smithfield<br>350 East Market Street<br>P.O. Box 761<br>Smithfield, NC 27577<br><br>Vectren<br>P.O. Box 6248<br>Indianapolis, IN 46206-6248 | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Philadelphia Insurance Companies<br>D&O insurance – Policy #PHSD588609<br>(prepaid, six-year policy costing $28,303 with no cash surrender value)** | | **Unknown** |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re:  **HS OF DELAWARE, LLC**
                Debtor

Case No. 11-_____ (____)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | | **100% of membership interests of Hartstrings Nevis, LLC** | | **Unknown** |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **Second quarter 2011 FICA tax refund excess withholding – refund being requested by ADP as part of second quarter payroll tax filing** | | $3,559.55 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re:  **HS OF DELAWARE, LLC**
             Debtor

Case No. 11-_____ (____)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | License agreement for Little Maven by Tori Spelling | | Unknown |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 non-working passenger van | | Unknown |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops – growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | |

0 continuation sheets attached.    Total ▶      | **$3,584.55**

(Include amounts from any continuation
sheets attached.  Report also on
Summary of Schedules.)

In re: **HS OF DELAWARE, LLC**            Case No. 11-_____ (____)
         Debtor

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Capital, LTD**<br><br>**2 Bethesda Metro Center, 14th Floor Bethesda, Maryland 20814**<br><br>**Revolving Loan Facility** | X | | **December 29, 2005 First priority security interest in substantially all of the assets of the business, including but not limited to cash, receivables, deposits, inventory, furniture & fixtures, trade names, books & records** | | | | $1,662,381 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO<br><br>**American Capital, LTD**<br><br>**2 Bethesda Metro Center, 14th Floor Bethesda, Maryland 20814**<br><br>**Senior Secured Term A Notes** | X | | **December 29, 2005 First priority security interest in substantially all of the assets of the business, including but not limited to cash, receivables, deposits, inventory, furniture & fixtures, trade names, books & records** | | | | $3,505,671 | |
| | | | VALUE $ | | | | | |
| 1 continuation sheet Attached | | | Subtotal ►<br>(Total of this page) | | | | $5,168,052 | $ |
| | | | Total ►<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summery of Certain Liabilities and Related Data.) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Capital, LTD<br><br>2 Bethesda Metro Center, 14th Floor<br>Bethesda, Maryland 20814<br><br>Senior Secured Term B Notes | | X | December 29, 2005<br>First priority security interest in substantially all of the assets of the business, including but not limited to cash, receivables, deposits, inventory, furniture & fixtures, trade names, books & records<br>VALUE $ | | | | $3,910,223 | |
| ACCOUNT NO<br><br>American Capital, LTD<br><br>2 Bethesda Metro Center, 14th Floor<br>Bethesda, Maryland 20814<br><br>Accrued Interest on Revolving Loan Facility, Senior Secured Term A & B Notes | | X | December 29, 2005<br>First priority security interest in substantially all of the assets of the business, including but not limited to cash, receivables, deposits, inventory, furniture & fixtures, trade names, books & records<br>VALUE $ | | | | $1,906,235 | |
| ACCOUNT NO<br><br>Hartstrings Holdings Corp.<br><br>270 E. Conestoga Rd<br>Strafford, PA 19087<br><br>Senior Secured Subordinated Term A Notes | | X | September 29, 2006<br><br>VALUE $ | | | | $7,956,709 | |
| ACCOUNT NO<br><br>Hartstrings Holdings Corp.<br><br>270 E. Conestoga Rd<br>Strafford, PA 19087<br><br>Senior Secured Subordinated Term C Notes | | X | September 29, 2006<br><br>VALUE $ | | | | $20,213,705 | |
| 0 continuation sheets Attached | | | Subtotal ▶<br>(Total of this page) | | | | $33,986,872 | |
| | | | Total ▶<br>(Use only on last page) | | | | $39,154,924 | |

In re:  **HS OF DELAWARE, LLC**                                                    Case No. 11-_____ (____)
                        **Debtor**

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with a type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 570 (a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re: **HS OF DELAWARE, LLC**
               **Debtor**
                                                                         **Case No. 11-_____ (____)**

☐   **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

9 continuation sheets attached

In re: **HS OF DELAWARE, LLC**
           Debtor

Case No. 11-_____ (_____)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. XX-XX6399<br><br>PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF AUDITS<br>PO BOX 281001<br>HARRISBURG, PA 17128-1001 | | | 3/5/11 for tax periods 1/07 – 12/09<br><br>Penalty for underpayment of Pennsylvania sales and use tax. Tax and interest due as a result of the audit for the tax periods 1/07 – 12/09 were paid in full. The Debtor has filed a request for abatement of the $14,267.13 penalty, but has not yet received a response regarding the request. | | | X | $14,267.13 | | |
| Account No.<br><br>ALABAMA DEPT OF REVENUE<br>BUSINESS PRIV TAX SECTION<br>P.O. BOX 327431<br>MONTGOMERY, AL 36132 | | | Tax | X | X | X | | | |
| Account No.<br><br>ARIZONA DEPT OF REVENUE<br>P.O. BOX 29085<br>PHOENIX, AZ 85038 | | | Tax | X | X | X | | | |
| Account No.<br><br>BALDWIN COUNTY REV. COMM.<br>TEDDY J. FAUST,JR.<br>P.O. BOX 1549<br>BAY MINETTE, AL 36507 | | | Tax | X | X | X | | | |
| Account No.<br><br>BALDWIN COUNTY SALES &<br>USE TAX DEPT.<br>P. O. BOX 1329<br>BAY MINETTE, AL 36507 | | | Tax | X | X | X | | | |
| Account No.<br><br>BIRCH RUN TWP TREASURER<br>8425 MAIN ST<br>P. O. BOX 152<br>BIRCH RUN, MI 48415 | | | Tax | X | X | X | | | |
| Account No. | | | Tax | X | X | X | | | |

           

In re: HS OF DELAWARE, LLC                                        Case No. 11-_____ (____)
              Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BIRCH RUN VILLAGE TREASURER<br>12060 HEATH<br>P. O. BOX 371<br>BIRCH RUN, MI 48415 | | | | | | | | |
| Account No. | | | Business Privelege Tax | X | X | X | | |
| BOROUGH OF HATBORO<br>414 S YORK ROAD<br>HATBORO, PA 19040 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| BROWARD COUNTY REVENUE COLLECTION<br>115 S. ANDREWS AVE A-100<br>FORT LAUDERDALE, FL 33301 | | | | | | | | |
| Account No. | | | Personal Property Tax | X | X | X | | |
| CAMDEN COUNTY COLLECTOR<br>OF REVENUE, EDDIE WITWORTH<br>1 COURT CIRCLE STE 4<br>CAMDENTON, MO 65020 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| CENTRAL TAX BUREAU PA INC<br>128 W. SECOND ST<br>BERWICK, PA 18603 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| CITY OF FOLEY<br>P.O. DRAWER 1750<br>FOLEY, AL 36536 | | | | | | | | |
| Account No. | | | Business Tax | X | X | X | | |
| CITY OF ORLANDO<br>400 S. ORANGE AVE 1ST FL.<br>P.O. BOX 4990<br>ORLANDO, FL 32802 | | | | | | | | |
| Account No. | | | Business/Merchant License Tax | X | X | X | | |
| CITY OF OSAGE BEACH<br>CITY CLERKS OFFICE<br>1000 CITY PARKWAY<br>OSAGE BEACH, MO 65065 | | | | | | | | |
| Account No. | | | Annual Inventory Affadavit/Tax | X | X | X | | |
| CITY OF SUNRISE FLORIDA<br>BUSINESS TAX RECEIPT DIV<br>1607 N.W. 136 AVE. BLDG B<br>SUNRISE, FL 33323 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| CITY TAX COLLECTOR<br>P. O. BOX 5500<br>SEVIERVILLE, TN 37864 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| COMMISSIONER OF REV SERV<br>STATE OF | | | | | | | | |

In re:  **HS OF DELAWARE, LLC**                                     Case No. 11-_____ (____)
                Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| Creditor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONNECTICUT<br>P.O. BOX 2936<br>HARTFORD, CT 06104 | | | | | | | | |
| Account No. | | | Personal Property Tax | X | X | X | | |
| DAWSON CTY TAX COMMISSION<br>ATTN: LINDA TOWNLEY<br>78 HOWARD AVE E. STE 140<br>DAWSONVILLE, GA 30534 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| DELAWARE DIV OF REVENUE<br>P.O. BOX 2340<br>WILMINGTON, DE 19899 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| DELAWARE DIV OF REVENUE<br>P. O. BOX 8750<br>WILMINGTON, DE 19899 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| DENNIS W. HOLLINGSWORTH TAX COLLECTOR<br>P. O. BOX 9001<br>ST. AUGUSTINE, FL 32085 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| DETF<br>DIV OF UNEMPLOYMENT INS.<br>P.O. BOX 9953<br>WILMINGTON, DE 19809 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| DOUGLAS COUNTY TREASURER<br>P.O. BOX 5728<br>DENVER, CO 80217 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| FLORIDA DEPT OF REVENUE<br>5050 W. TENNESSEE ST.<br>TALLAHASSEE, FL 32399 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257 | | | | | | | | |
| Account No. | | | Application to Withdraw/Annual Report | X | X | X | | |
| GA SECRETARY OF STATE<br>Corporations Division, 315 West Tower<br>#2 MARTIN LUTHER KING, JR. DRIVE SE<br>ATLANTA, GA 30334 | | | | | | | | |
| Account No. | | | Tax | X | X | X | | |
| GEORGIA DEPT. OF REVENUE<br>PROCESSING CENTER<br>P.O. BOX 740317 | | | | | | | | |

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ATLANTA, GA 30374 | | | | | | | | |
| Account No. **HAB-LST BERKHEIMER ASSOCIATES P. O. BOX 906 BANGOR, PA 18013** | | | Tax | X | X | X | | | |
| Account No. **HAYS COUNTY TAX OFFICE COURTHOUSE ANNEX 102 LBJ DRIVE SAN MARCOS, TX 78666** | | | Personal Property Tax | X | X | X | | | |
| Account No. **HORRY COUNTY TREASURER P.O. BOX 1237 CONWAY, SC 29528** | | | Business License | X | X | X | | | |
| Account No. **IN SECRETARY OF STATE Charles P. White 302 W WASHINGTON ST, RM E018 INDIANAPOLIS, IN 46204** | | | Business Entity Report/Tax | X | X | X | | | |
| Account No. **INDIANA DEPT OF REVENUE P. O. BOX 7218 INDIANAPOLIS, IN 46207** | | | Tax | X | X | X | | | |
| Account No. **JOHNSTON COUNTY TAX COLLECTOR P.O. BOX 63037 CHARLOTTE, NC 28263** | | | Tax | X | X | X | | | |
| Account No. **LCTCB TAX COLLECTION BUREAU 1845 WILLIAM PENN W. STE1 LANCASTER, PA 17601** | | | Tax | X | X | X | | | |
| Account No. **LEE COUNTY TAX COLLECTOR P.O. BOX 1549 FT MYERS, FL 33902** | | | Tax | X | X | X | | | |
| Account No. **MAINE SECRETARY OF STATE DIV. OF CORP, UCC & COMM. 101 STATE HOUSE STATION AUGUSTA, ME 04333** | | | Tax | X | X | X | | | |
| Account No. | | | Tax | X | X | X | | | |

In re:  **HS OF DELAWARE, LLC**
                **Debtor**

Case No. 11-_____ (____)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **METROPOLITAN TRUSTEE PERSONAL TAX DEPARTMENT P.O. BOX 305012 NASHVILLE, TN 37230** | | | | | | | | |
| Account No. | | **Annual Report/Tax** | X | X | X | | | |
| **MI CORPORATION DIVISION P.O. BOX 30054 LANSING, MI 48909** | | | | | | | | |
| Account No. | | **Tax** | X | X | X | | | |
| **MIAMI-DADE COUNTY TAX COLLECTOR 140 W. FLAGLER ST. #1407 MIAMI, FL 33130** | | | | | | | | |
| Account No. | | **Tax** | X | X | X | | | |
| **MINNESOTA DEPT OF REVENUE MAIL STATION 1765 ST PAUL, MN 55145** | | | | | | | | |
| Account No. | | **Tax** | X | X | X | | | |
| **MISSOURI DEPT OF REVENUE P.O. BOX 840 JEFFERSON CITY, MO 54105** | | | | | | | | |
| Account No. | | **Tax** | X | X | X | | | |
| **N. CAROLINA DEPT OF REV P. O. BOX 25000 RALEIGH, NC 27640** | | | | | | | | |
| Account No. | | **Annual Report/Tax** | X | X | X | | | |
| **NJ DIVISION OF REVENUE P.O. BOX 111 TRENTON, NJ 08645** | | | | | | | | |
| Account No. | | **MCTMT Tax** | X | X | X | | | |
| **NY STATE DEPARTMENT OF TAXATION & FINANCE Office of Processing and Taxpayer Services WA HARRIMAN CAMPUS ALBANY, NY 12227** | | | | | | | | |
| Account No. | | **Tax** | X | X | X | | | |
| **OHIO BUREAU OF WORKERS' COMPENSATION BWC STATE INSURANCE FUND COLUMBUS, OH 43271** | | | | | | | | |
| Account No. | | **Commercial Activity Annual Tax** | X | X | X | | | |
| **OHIO DEPARTMENT OF TAXATION PO Box 182101 COLUMBUS, OH 43218** | | | | | | | | |

In re:  HS OF DELAWARE, LLC
            Debtor

Case No. 11-_____ (____)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ORANGE CTY TAX COLLECTOR<br>BILL DONEGAN, CFA<br>200 S. ORANGE AVE, SUITE 1700<br>ORLANDO, FL 32854** | | Property Tax | X | X | X | | |
| Account No.<br>**PA DEPARTMENT OF REVENUE<br>PO BOX 280405<br>HARRISBURG, PA 17128** | | Tax | X | X | X | | |
| Account No.<br>**PA DEPT OF REVENUE<br>SALES TAX<br>DEPT 280406<br>HARRISBURG, PA 17128** | | Tax | X | X | X | | |
| Account No.<br>**PA DEPT. OF REVENUE<br>BUREAU OF AUDITS<br>P.O. BOX 281001<br>HARRISBURG, PA 17128** | | Tax | X | X | X | | |
| Account No.<br>**R.I. DIVISION OF TAXATION<br>CHIEF REVENUE AGENT-CORP<br>ONE CAPITAL HILL<br>PROVIDENCE, RI 02908** | | Tax | X | X | X | | |
| Account No.<br>**RECEIVER OF TAXES<br>SPRINGFIELD TOWNSHIP<br>1791 PERRY HIGHWAY<br>VOLANT, PA 16156** | | Tax | X | X | X | | |
| Account No.<br>**RI DEPARTMENT OF REVENUE<br>DIVISION OF TAXATION<br>ONE CAPITAL HILL<br>PROVIDENCE, RI 02908** | | Tax/Annual Report/Good Standing | X | X | X | | |
| Account No.<br>**SC DEPARTMENT OF REVENUE<br>DEPARTMENT OF REVENUE<br>CORPORATION RETURN<br>COLUMBIA, SC 29214** | | Tax | X | X | X | | |
| Account No.<br>**SC DEPARTMENT OF REVENUE<br>SALES TAX RETURN<br>COLUMBIA, SC 29214** | | Tax | X | X | X | | |
| Account No.<br>**SEVIER COUNTY TRUSTEE<br>ATTN: JETTIE B. CLABO<br>125 COURT AVE STE 212W<br>SEVIERVILLE, TN 37862** | | Tax | X | X | X | | |

In re:  HS OF DELAWARE, LLC          Case No. 11-_____ (____)
                    Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**SOUTH STRABANE TOWNSHIP DEPT OF PUBLIC SAFETY 550 WASHINGTON ROAD WASHINGTON, PA 15301** | | | Tax | X | X | X | | |
| Account No.<br>**ST JOHNS COUNTY PROPERTY APPRAISER SHARON OUTLAND, C.F.A 4030 LEWIS SPEEDWAY, SUITE 203 ST AUGUSTINE, FL 32084** | | | Personal Property Tax | X | X | X | | |
| Account No.<br>**STATE COMPTROLLER COMPT OF PUBLIC ACCOUNTS P.O. BOX 149359 AUSTIN, TX 78714** | | | Franchise Tax | X | X | X | | |
| Account No.<br>**STATE MANDATED DISABILITY GUARDIAN LIFE INS. CO. P.O. BOX 12409 NEWARK, NJ 07101** | | | Tax | X | X | X | | |
| Account No.<br>**STATE OF COLORADO SECRETARY OF STATE 1700 BROADWAY STE 200 DENVER, CO 80290** | | | Tax | X | X | X | | |
| Account No.<br>**STATE OF MICHIGAN MICHIGAN DEPT OF TREASURY DEPT 77003 DETROIT, MI 48277** | | | Tax | X | X | X | | |
| Account No.<br>**STATE OF MICHIGAN MICHIGAN DEPT OF TREASURY P.O. BOX 30774 LANSING, MI 48909** | | | Tax | X | X | X | | |
| Account No.<br>**STATE TREASURER OF MAINE BUREAU OF TAX/SLS TAX SEC P. O. BOX 1065 AUGUSTA, ME 04332** | | | Tax | X | X | X | | |
| Account No.<br>**SUMMIT COUNTY ASSESSOR PO BOX 123 COALVILLE, UT 84017** | | | Personal Property Tax | X | X | X | | |
| Account No. | | | Tax | X | X | X | | |

In re: HS OF DELAWARE, LLC
Debtor

Case No. 11-_____ (____)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| Creditor | | Type | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TENNESSEE DEPT OF REV ANDREW JACKSON BLDG. 500 DEADERICK ST. NASHVILLE, TN 37242 | | | | | | | | |
| Account No. TENNESSEE DEPT OF REVENUE 500 DEADERICK ST. A. JACKSON ST OFFICE BLDG NASHVILLE, TN 37242 | | County Business Tax and Municipal Business Tax | X | X | X | | | |
| Account No. TOWN OF KITTERY PAYMENT CENTER P.O. BOX 1491 BRATTLEBORO, VT 05302 | | Personal Property tax | X | X | X | | | |
| Account No. TOWN OF SMITHFIELD 350 EAST MARKET ST P.O. BOX 761 SMITHFIELD, NC 27577 | | Tax | X | X | X | | | |
| Account No. TOWN OF SMITHFIELD P.O. BOX 63027 CHARLOTTE, NC 28263 | | Tax | X | X | X | | | |
| Account No. TREASURER STATE OF OHIO ELECTRONIC PAYMENTS UNIT 30 E. BROAD ST-9TH FLOOR COLUMBUS, OH 43266 | | Tax | X | X | X | | | |
| Account No. TREDYFFRIN TOWNSHIP LOCKBOX #7241 P.O. BOX 8500 PHILADELPHIA, PA 19178 | | Tax | X | X | X | | | |
| Account No. TREDYFFRIN TOWNSHIP POLICE DEPT. 1100 DUPORTAIL ROAD BERWYN, PA 19312 | | Tax | X | X | X | | | |
| Account No. UPPER PROVIDENCE TOWNSHIP 935 N. PROVIDENCE RD MEDIA, PA 19063 | | Tax | X | X | X | | | |
| Account No. DEPARTMENT OF THE TREASURY IRS OGDEN, UT 84201-0012 | | Federal Taxes | X | X | X | | | |

070065.1001

In re: **HS OF DELAWARE, LLC**
                        Debtor

Case No. 11-_____ (____)

# SCHEDULE E − CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| Account No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **UTAH STATE TAX COMMISSION 210 NORTH 1950 WEST ID#12337001-002-STC SALT LAKE CITY, UT 84134** | | | Tax | X | X | X | | |
| Account No. | | | | | | | | |
| **UTAH STATE TAX COMMISSION 210 NORTH 1950 WEST SALT LAKE CITY, UT 84134** | | | Tax | X | X | X | | |
| Account No. | | | | | | | | |
| **WALTON CTY TAX COLLECTOR PATRICK P PILSCHER, CFA PO Box 691 DEFUNIAK SPRINGS, FL 32435** | | | Personal Property Tax | X | X | X | | |

Sheet no. 9  of  9 sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page of completed
Schedule E.  Report also on the
Summary of Schedules.)                      $14,267.13

Totals ▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

In re: **HS OF DELAWARE, LLC**
      Debtor

Case No. 11-_____ ( ___ )

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ABBOTT SIGN COMPANY, INC.**<br>**588 S. SOUTH STREET**<br>**WILMINGTON, OH 45177** | | | **Trade Debt** – 4/14/11 Sign Removal | | | | $423.35 |
| ACCOUNT NO.<br><br>**ACE WORLD WIDE**<br>**8 HEADLEY PLACE**<br>**FALLSINGTON, PA 19054** | | | **Trade Debt** – 3/28 & 3/30/11 Truck Service | | | | $3,200.00 |
| ACCOUNT NO.<br><br>**ALL WAYS ELECTRIC**<br>**12821 COMMERCE LAKES DR, SUITE 6**<br>**FORT MYERS, FL 33913** | | | **March Services** | | | | $817.41 |
| ACCOUNT NO.<br>X-XXXX-XXX6982<br><br>**ALLIED WASTE SERV #320**<br>**P.O. BOX 9001099**<br>**LOUISVILLE, KY 40290** | | | **Trade Debt** – 4/1-4/30/11 | | | | $1,303.29 |
| ACCOUNT NO.<br>X-XXXX-XXX1698<br><br>**ALLIED WASTE SERV #324 VALLEY FORGE  P. O. BOX 9001099**<br>**LOUISVILLE, KY 40290** | | | 4/1-4/30/11 | | | | $1,036.91 |

In re: **HS OF DELAWARE, LLC**
         Debtor

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. X-XXXX-XXX7631; XXX5550; XXX2465; XXX3637 ALLIED WASTE SERV #625 P.O. BOX 78829 PHOENIX, AZ 85062 | | | Trade Debt – 4/1-4/30/11 | | | | $521.12 |
| ACCOUNT NO. ALWAYS IN SERVICE 1713 OLD YORK ROAD ABINGTON, PA 19001 | | | Trade Debt – April Service | | | | $269.99 |
| ACCOUNT NO. XXXXX-X8124 AMEREN MISSOURI P.O. BOX 66529 ST. LOUIS, MO 63166 | | | Trade Debt – 3/15/11-4/13/11 | | | | $412.42 |
| ACCOUNT NO. AMERICAN SECURITY CORP 3311 UNIONVILLE PIKE HATFIELD, PA 19440 | | | Trade Debt – 4/1/11-6/30/11 | | | | $341.50 |
| ACCOUNT NO. XXXXXXXXXXCD-99 AMERICASMART-ATLANTA P.O. BOX 933071 ATLANTA, GA 31193 | | | Trade Debt – March Services | | | | $450.00 |
| ACCOUNT NO. APPLE ELECTRIC 18854 JOHN J.WILLIAMS HWY REHOBOTH BEACH, DE 19971 | | | April Service | | | | $95.00 |
| ACCOUNT NO. XXXXX3077 AQUA PA. P. O. BOX 1229 NEWARK, NJ 07101 | | | Trade Debt – 2/15/11-4/18/11 Service | | | | $906.47 |
| ACCOUNT NO. XXX XXX-XXXX 654 4 and XXXXXXX-XXXXX690 4 AT&T P.O. BOX 8100 AURORA, IL 60507 | | | 3/2-11-4/17/11 | | | | $334.27 |
| ACCOUNT NO. XXX XXX-XXXX XXX 3149 and XXX XXX-XXX XXX 1861 AT&T P.O. BOX 105262 ATLANTA, GA 30348 | | | 3/1/11-4/16/11 | | | | $354.18 |

In re: **HS OF DELAWARE, LLC**
          Debtor

Case No. 11-_____ (_____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX XXX-XXXX 052 4 <br><br> AT&T <br> P. O. BOX 5001 <br> CAROL STREAM, IL 60197 | | | 3/8/11-3/24/11 | | | | $31.49 |
| ACCOUNT NO. XX6906 <br><br> BASIC MAINTENANCE SUPPLY <br> P.O. BOX 1102 <br> CHERRY HILL, NJ 08034 | | | Trade Debt – March Services | | | | $616.24 |
| ACCOUNT NO. XXXXXX8068 <br><br> BLUEBONNETT ELECTRIC COOP <br> P. O. BOX 240 <br> GIDDINGS, TX 78942 | | | 2/21/11-4/14/11 | | | | $977.75 |
| ACCOUNT NO. 6808 <br><br> BMS TENANT SERVICES LLC <br> P.O. BOX 27257 <br> NEW YORK, NY 10087 | | | Trade Debt – April Services | | | | $543.56 |
| ACCOUNT NO. XX0980 <br><br> BRASK ENTERPRISES, INC II <br> PO BOX 55287 <br> HOUSTON, TX 77255 | | | Trade Debt – April 2011 | | | | $226.39 |
| ACCOUNT NO. X9422 <br><br> BREAKAWAY COURIER SYSTEMS <br> P.O. BOX 780 <br> NEW YORK, NY 10013 | | | Trade Debt – March Services | | | | $52.50 |
| ACCOUNT NO. XXX-XXX-XXXH 402 <br><br> BROADVIEW NETWORKS <br> P.O. BOX 9242 <br> UNIONDALE, NY 11555 | | | Trade Debt – 2/28/11-3/27/11 | | | | $4,102.82 |
| ACCOUNT NO. XXXX-XXXX-XXXX-8293 <br><br> BANK OF AMERICA (BUSINESS CARD) <br> P.O. BOX 15710 <br> WILMINGTON, DE 19886 | | | Trade Debt – 3/15/11-4/15/11 | | | | $21,298.02 |
| ACCOUNT NO. <br><br> CAROL DAWIDZIUK <br> 1488 SULLIVAN DR. <br> BLUE BELL, PA 19422 | | | Uncashed Check | | | | $21.75 |

070065.1001

In re: **HS OF DELAWARE, LLC**
          Debtor

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXRTS-1<br><br>**CBIZ BENEFITS & INSURANCE**<br>401 PLYMOUTH ROAD PO BOX 1000<br>PLYMOUTH MEETING, PA 19462 | | | Trade Debt – March Call Center | | | | $408.00 |
| ACCOUNT NO. XXXXXX025.0<br><br>**CBIZ HUMAN CAPITAL SERV**<br>14120 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | | | Trade Debt – March Job Posting | | | | $200.00 |
| ACCOUNT NO. XXXX441-4<br><br>**CENTER POINT ENERGY**<br>PO BOX 4671<br>HOUSTON, TX 77210 | | | 2/25/11-4/22/11 | | | | $124.40 |
| ACCOUNT NO. XXX-XXX-XXX4-013<br><br>**CENTRAL MAINE POWER COMP**<br>P.O BOX 1084<br>AUGUSTA, ME 04332 | | | 4/8/11-4/13/11 | | | | $528.79 |
| ACCOUNT NO. X961<br><br>**CENTRIX STAFFING**<br>JAF STATION P.O. BOX 3249<br>NEW YORK, NY 10116 | | | Trade Debt – April Staffing Services | | | | $5,859.13 |
| ACCOUNT NO. XXXXX1353; XXXXX3659<br><br>**CENTURYLINK**<br>P.O. BOX 4300<br>CAROL STREAM, IL 60197 | | | Trade Debt – 3/25/11-4/24/11 | | | | $463.87 |
| ACCOUNT NO. XXX-XXX-XXX1-529<br><br>**CENTURYLINK**<br>P.O. BOX 2961<br>PHOENIX, AZ 85062 | | | Trade Debt – 3/21/11-4/20/11 | | | | $338.43 |
| ACCOUNT NO. XXXXXX0200<br><br>**CERTINTEX S.A.C.**<br>AV. GRAU 476 SANTA CLARA ATE. LIMA, PERU, PU | | | Trade Debt – March Testing Services | | | | $720.00 |
| ACCOUNT NO. X6403<br><br>**CINTAS CORP #073**<br>P.O. BOX 630910<br>CINCINNATI, OH 45263 | | | Trade Debt – February and March Services | | | | $87.14 |

        070065.1001

In re: **HS OF DELAWARE, LLC**
　　　　　　Debtor

Case No. 11-_____ (___)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX XX XXX XX4417 <br><br> **COMCAST P.O. BOX 1577 NEWARK, NJ 07101** | | | 4/5/11-5/4/11 | | | | $74.90 |
| ACCOUNT NO. XXXXX XXXXX5-01-0; XXXXX-XXXXX6-01-1 <br><br> **COMCAST CABLE P. O. BOX 3005 SOUTHEASTERN, PA 19398** | | | 4/15/11-5/14/11 | | | | $195.77 |
| ACCOUNT NO. XX0580 <br><br> **COMMUNITY BANK P.O. BOX 105262 ST. CHARLES, MI 48655** | | | Trade Debt – April Services | | | | $56.15 |
| ACCOUNT NO. <br><br> **COMPLETE SECURITY SOLUTIONS, INC. 3620 MANATEE AVE WEST #A BRADENTON, FL 34205** | | | Trade Debt – March Repair Service | | | | $133.13 |
| ACCOUNT NO. XXXX XXXX 1259 <br><br> **CONSUMERS ENERGY LANSING, MI 48937** | | | 4/12/11-4/17/11 | | | | $584.92 |
| ACCOUNT NO. XXX3664 <br><br> **COOLERSMART USA LLC P.O. BOX 513030 PHILADELPHIA, PA 19175** | | | Trade Debt – 5/1/11-7/31/11 Rental Service | | | | $139.60 |
| ACCOUNT NO. XXXXXXXXXX2394 <br><br> **CRYSTAL SPRINGS P. O. BOX 660579 DALLAS, TX 75266** | | | Trade Debt – March Service | | | | $11.66 |
| ACCOUNT NO. <br><br> **CT CORPORATION P. O. BOX 4349 CAROL STREAM, IL 60197** | | | Trade Debt | | X | | |
| ACCOUNT NO. XXX-XXX3634 <br><br> **DAILY LOCAL NEWS 250 NORTH BRADFORD AVENUE WEST CHESTER, PA 19382** | | | Trade Debt – 2/28/11-3/27/11 ADV Service | | | | $390.00 |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXXX518 7 <br> DAYTON POWER & LIGHT P. O. BOX 740598 CINCINNATI, OH 45274 | | | 3/8/11-4/6/11 | | | | $1,290.26 |
| ACCOUNT NO. XXXX XXXX 9997 <br> DELMARVA POWER P.O. BOX 13609 PHILADELPHIA, PA 19101 | | | 2/25/11-4/18/11 | | | | $1,396.88 |
| ACCOUNT NO. <br> DELUXE FOR BUSINESS P.O. BOX 742572 CINCINNATI, OH 45274 | | | Trade Debt | | | | $77.18 |
| ACCOUNT NO. XX2012; XX5016 <br> DMX, INC P. O. BOX 660557 DALLAS, TX 75266 | | | Trade Debt – December 2010 and April 2011 | | | | $384.18 |
| ACCOUNT NO. XX3781 <br> DRINKER BIDDLE & REATH ONE LOGAN SQUARE, SUITE 2000 PHILADELPHIA, PA 19103 | | | Trade Debt – March Services | | | | $2,008.00 |
| ACCOUNT NO. XXXX-XXX7-01-0 <br> DUKE ENERGY P.O. BOX 9001076 LOUISVILLE, KY 40290 | | | 3/17/11-4/18/11 | | | | $413.17 |
| ACCOUNT NO. XXX0531 <br> EARTHLINK P.O. BOX 790216 ST. LOUIS, MO 63179 | | | 4/14/11-5/13/11 | | | | $16.95 |
| ACCOUNT NO. <br> EDWIN ROSARIO 5473 SW 11TH ST. APT F MARGATE, FL 33068 | | | Trade Debt – April Repair Service | | | | $60.00 |
| ACCOUNT NO. XXXX-X878-5; XXXX-X705-7 <br> FEDEX P.O. BOX 371461 PITTSBURGH, PA 15250 | | | Trade Debt – March and April Services | | | | $6,171.48 |

In re: HS OF DELAWARE, LLC
          Debtor

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXX-X9386; XXXXX-X5263; XXXXX-X4378; XXXXX-X2174,<br><br>FPL<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188 | | | 2/28/11-4/26/2011 | | | | $1,466.58 |
| ACCOUNT NO. XX0505<br><br>FRASER ADVANCED INFORMATION SYSTEMS<br>P.O. BOX 7<br>READING, PA 19603 | | | Trade Debt – 3/3/11-5/3/11 Copiers and Supplies | | | | $891.90 |
| ACCOUNT NO. XXX-XXX7747<br><br>FRASER ADVANCED INFO<br>PO BOX 6434<br>CAROL STREAM, IL 60197 | | | Trade Debt – 3/20/11-4/20/11 | | | | $3,858.38 |
| ACCOUNT NO. XX XXXX XXXXXXXX19 01<br><br>FRONTIER<br>P.O. BOX 2951<br>PHOENIX, AZ 85062 | | | Trade Debt – 4/13/11-5/12/11 | | | | $302.33 |
| ACCOUNT NO. XX2409; XX8675<br><br>GERBER TECHNOLOGY<br>DEPT CH17522<br>PALATINE, IL 60055 | | | Trade Debt – 5/1/11-6/14/11 | | | | $2,598.12 |
| ACCOUNT NO. XXXX8367<br><br>GLOBAL PAYMENTS<br>P.O. BOX 661370<br>CHICAGO, IL 60666 | | | Trade Debt – Annual Fee | | | | $50.00 |
| ACCOUNT NO.<br>GOLDENSHIP LACE IND.CO.<br>1F. NO. 119 SEC 1<br>HWAN HO N. RD<br>TAIPEI, TAIWAN, R.O.C. | | | Uncashed Check | | | | $372.00 |
| ACCOUNT NO. XXXX1268<br><br>GRANITE TELECOMMUNICATION<br>CLIENT ID #311<br>P.O. BOX 983119<br>BOSTON, MA 02298 | | | 3/1/11-4/30/11 | | | | $8,081.50 |

070065.1001

In re: HS OF DELAWARE, LLC                                    Case No. 11-_____ (____)
            Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. X963<br>GROVE CITY FACTORY SHOPS<br>GROVE CITY PREMIUM OUTLET<br>P.O. BOX 60452<br>CHARLOTTE, NC 28260 | | | Trade Debt – 1/1/10-12/31/10 Insurance Reimbursement | | | | $442.96 |
| ACCOUNT NO. XXXXX-X5001<br>GULF POWER CO,<br>P.O. BOX 830660<br>BIRMINGHAM, AL 35283 | | | 2/24/11-4/18/11 | | | | $865.40 |
| ACCOUNT NO.<br>H&R SIGNS INC.<br>1942 JEFFERSON AVENUE<br>WASHINGTON, PA 15301 | | | Trade Debt – April Sign Removal | | | | $291.50 |
| ACCOUNT NO.<br>HARTMANN ELECTRICAL<br>155 BORAD STREET<br>STROUDSBURG, PA 18360 | | | March Electrical Service | | | | $355.00 |
| ACCOUNT NO. XXX-XXX-X100-0<br>HORRY TELEPHONE COOP<br>P. O. BOX 1819<br>CONWAY, SC 29528 | | | 3/28/11-4/27/11 | | | | $295.08 |
| ACCOUNT NO. XXX6718<br>IEM, INC.<br>24516 NETWORK PLACE<br>CHICAGO, IL 60673 | | | Trade Debt – 4/1//11-4/30/11 | | | | $88.50 |
| ACCOUNT NO. XX8699<br>INDEPENDENCE COMM., INC<br>P.O. BOX 7519<br>PHILADELPHIA, PA 19101 | | | April Video Services | | | | $229.28 |
| ACCOUNT NO. X3026<br>JACKSON & SONS, INC.<br>2330 INDIAN SPRINGS RD<br>DUDLEY, NC 28333 | | | Trade Debt – 3/11-5/11 Qtrly Maintenance | | | | $161.50 |
| ACCOUNT NO.<br>JENNIFER DIXON<br>C/O HARTSTRINGS<br>1645 PARWAY, SUITE 403<br>SEVIERVILLE, TN 37862 | | | Uncashed Check | | | | $7.46 |

In re: **HS OF DELAWARE, LLC**
        Debtor

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JENNIFER REEDMAN<br>558 EXETER COURT<br>AMBLER, PA 19002** | | | Uncashed Check | | | | $48.94 |
| ACCOUNT NO.<br>**JULIE PETERSON<br>5187 BRANDONWAY CT<br>DUBLIN, OH 43017** | | | Uncashed Check | | | | $27.73 |
| ACCOUNT NO.<br>**JUSTIN KOLOSKI<br>C/O HARTSTRINGS<br>10746 EMERALD COAST #152<br>DESTIN, FL 32550** | | | Uncashed Check | | | | $24.58 |
| ACCOUNT NO.<br><br>**OHIO FACTORY SHOPS<br>PARTNERSHIP<br>WACHOVIA BANK, N.A P. O.<br>BOX 60891<br>CHARLOTTE, NC 28260** | | | Trade Debt – April Partial Rent | | | | $4,201.79 |
| ACCOUNT NO.<br><br>**KEVIN E. GILLETTE, INC<br>13325 COMMERCE BLVD,<br>SUITE 3<br>ROGERS, MN 55374** | | | Trade Debt – March Store Repairs | | | | $980.00 |
| ACCOUNT NO.<br><br>**KOLBER ENTERPRISES<br>500 N. EASTON ROAD, PO<br>BOX 648<br>WILLOW GROVE, PA 19090** | | | Trade Debt – Adv March Spring Whse Sale | | | | $300.00 |
| ACCOUNT NO.<br>**XXXX-1756<br>LABOR READY NORTHEAST<br>INC<br>PO BOX 641034<br>PITTSBURGH, PA 15264** | | | Trade Debt – April Staffing Services | | | | $183.39 |
| ACCOUNT NO.<br>**XX8751<br>LESCO PAPER & BOX CO<br>P.O BOX 46826<br>PHILADELPHIA, PA 19160** | | | Trade Debt – March Supplies | | | | $812.35 |
| ACCOUNT NO.<br>**XXXXXX8335<br>LUCKY<br>PO BOX 37653<br>BOONE, IA 50037** | | | Trade Debt – Magazine Subscription | | | | $14.97 |

In re: **HS OF DELAWARE, LLC**
          Debtor

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XXX0055 <br> **MAIN LINE MEDIA P.O. BOX 1877 ALBANY, NY 12201** | | | Trade Debt – March Advertising | | | | $1,815.00 |
| ACCOUNT NO. X2947 <br> **MAINETTI USA INC. DEPARTMENT AT 40190 ATLANTA, GA 31192** | | | Trade Debt – Supplies | | | | $664.00 |
| ACCOUNT NO. <br> **MARCUM LLP 10 MELVILLE PARK RD MELVILLE, NY 11747-3149** | | | Trade Debt | X | | | |
| ACCOUNT NO. <br> **MARY POLANSKY 40 EAGLE ROAD PHOENIXVILLE, PA  19460** | | | Uncashed Check | | | | $21.75 |
| ACCOUNT NO. XXXt 344 <br> **MIROMAR OUTLET WEST, LLC ATTN: TINA HOBOT 10801 CORKSCREW RD STE305 ESTERO, FL 33928** | | | Trade Debt – Jan-Mar 2011 Cam Charges | | | | $174.83 |
| ACCOUNT NO. <br> **MISSOURI DEPT OF REVENUE P.O. BOX 840 JEFFERSON CITY, MO  54105-0840** | | | Uncashed Check | | | | $63.04 |
| ACCOUNT NO. XXXXX.X0003 <br> **MONTGOMERY, MCCRACKEN, WALKER AND RHOADS, LLP 123 SOUTH BROAD ST PHILADELPHIA, PA 19109** | | | Trade Debt – April 2011 Services | | | | $148.44 |
| ACCOUNT NO. <br> **OFF BEET PRODUCTIONS LLC 45 ATLANTIC AVE   SUITE #4 LONG BRANCH, NJ 07740** | | | Trade Debt – 2/10/11 Photography Services | | | | $1,750.00 |
| ACCOUNT NO. X-XXX7813 <br> **ORKIN INC. 1601 N. KELLEY AVE KISSIMMEE, FL 34744** | | | Trade Debt – April Services | | | | $44.78 |

In re: **HS OF DELAWARE, LLC**
           **Debtor**

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXXX-X1003; XXXXX-X1800; XXXXX-X1508** <br><br> **PECO ENERGY P.O BOX 37629 PHILDELPHIA, PA 19101** | | | 3/15/11-4/13/11 | | | | $4,293.62 |
| ACCOUNT NO. **XX XX XX XX23 8 5** <br><br> **PENN POWER P.O. BOX 3687 AKRON, OH 44309** | | | **April Services** | | | | $383.20 |
| ACCOUNT NO. **XXXXXX.X0001** <br><br> **PEPPER HAMILTON LLP 3000 TWO LOGAN SQUARE EIGHTEENTH & ARCH ST. PHILADELPHIA, PA 19103** | | | **Trade Debt – Oct'10-Apr'11 Services** | | | | $10,641.14 |
| ACCOUNT NO. **X739** <br><br> **PERKINS PROPANE GAS INC 588 BOND SPRING RD W. NEWFIELD, ME 04095** | | | **March and April Services** | | | | $386.79 |
| ACCOUNT NO. <br><br> **PHOENIX LITHOGRAPHING 11631 CAROLINE ROAD PHILADELPHIA, PA 19154** | | | **Trade Debt – March Postcard Mailing** | | | | $5,932.62 |
| ACCOUNT NO. **XXXX-X6069; XXXXX-X5010** <br><br> **PPL ELECTRIC UTILITIES 2 NORTH 9TH STREET  RPC-GENN1 ALLENTOWN, PA 18101** | | | 2/25/11-4/15/11 | | | | $1,598.06 |
| ACCOUNT NO. **XXXX-XXXX-XXXX-3752** <br><br> **PITNEY BOWES (PURCHASE POWER) PO BOX 371874 PITTSBURGH, PA 15250** | | | **March Services** | | | | $219.32 |
| ACCOUNT NO. <br><br> **QUALITY PEST PREVENTION 3434 BEAR BAY RD. MYAKKA, FL 34251** | | | **Trade Debt – March Services** | | | | $24.00 |

070065.1001

In re: HS OF DELAWARE, LLC                                                   Case No. 11-_____ (____)
        Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXX7603<br><br>**R.I. DIVISION OF TAXATION CHIEF REVENUE AGENT-CORP  ONE CAPITAL HILL PROVIDENCE, RI 02908** | | | LLC Filing | | | | $25.00 |
| ACCOUNT NO.<br><br>**REBER FRIEL COMPANY 550 S. HENDERSON RD KING OF PRUSSIA, PA 19406** | | | **Trade Debt – March Services** | | | | $1,481.35 |
| ACCOUNT NO. XXX8408<br><br>**S. WALTER PACKAGING CORP ACCTS RECEIVALBE DEPT P.O. BOX 824266 PHILADELPHIA, PA 19182** | | | **Trade Debt – April Supplies** | | | | $4,173.60 |
| ACCOUNT NO. XARTS<br><br>**SALEPOINT, INC. ATTN: ACCTS REC - STE 205 9909 HUENNEKENS ST. SA DIEGO, CA 92121** | | | **Trade Debt – Repair Services** | | | | $263.83 |
| ACCOUNT NO. XXXXXX0000<br><br>**SANTEE COOPER P.O BOX 188 MONCKS CORNER, SC 29461** | | | 4/5/11-4/18/11 | | | | $66.88 |
| ACCOUNT NO. XXXX8601<br><br>**SEVIER COUNTY ELECTRIC 315 EAST MAIN ST  P. O. BOX 4870 SEVIERVILLE, TN 37864** | | | 3/3/11-4/5/11 | | | | $488.01 |
| ACCOUNT NO. XX0048; X7560; X7550<br><br>**SEWER REVENUE ACCOUNT 1100 DUPORTAIL ROAD BERWYN, PA 19312** | | | 1/1/10-12/31/10 | | | | $2,025.00 |
| ACCOUNT NO.<br><br>**SGS NORTH AMERICA, INC. PO BOX 2502 CITIBANK-NEW CASTLE, DE CAROL STREAM, IL 60132-2502** | | | **Trade Debt** | | X | | |
| ACCOUNT NO.<br><br>**SHINDO USA INC. 152 WEST 36TH STREET NEW YORK, NY  10018** | | | **Trade Debt** | | | | $20.70 |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SHIVA INTERNATIONAL<br>F-21 SECTOR-11<br>NOIDA 201301 U.P. INDIA | | | Uncashed Check | | | | $383.24 |
| ACCOUNT NO.<br><br>SIGN CRAFTERS, INC.<br>2401 IH-35 SOUTH<br>SAN MARCOS, TX 78666 | | | Trade Debt – Sign Removal | | | | $374.63 |
| ACCOUNT NO.<br><br>SILVER SAND JOINT VENTURE<br>PARTNERS II  PO BOX 16167<br>MOBILE, AL 36616 | | | Trade Debt – Jan-Apr 2011 Advertising Recon | | | | $200.65 |
| ACCOUNT NO.<br>XXX-X598-0<br><br>SOUTH WALTON UTILITY CO.<br>369 MIRAMAR BEACH DR.<br>MIRAMAR BEACH, FL 32550 | | | 3/2/11-4/2/11 | | | | $68.70 |
| ACCOUNT NO.<br>XXX XXX7076<br><br>STAPLES ADVANTAGE<br>DEPT PHL  P.O. BOX 415256<br>BOSTON, MA 02241 | | | Trade Debt – March & April Services | | | | $1,793.49 |
| ACCOUNT NO.<br>XXXX-XXX9969<br><br>SUNOCO<br>P. O. BOX 689156<br>PROCESSING CENTER<br>DES MOINES, IA 50368 | | | April Gas | | | | $102.90 |
| ACCOUNT NO.<br>SUSAN C. MOYER<br>668 THOMAS JEFFERSON RD<br>WAYNE, PA  19087 | | | Uncashed Check | | | | $36.25 |
| ACCOUNT NO.<br>X80<br><br>TANGER PROPERTIES LTD PNT<br>PITTSBURGH OUTLET CENTER  P.O. BOX 414225<br>BOSTON, MA 02241 | | | 3/23/11-4/23/11 Electric | | | | $132.85 |
| ACCOUNT NO.<br>XXXXXXXille<br><br>TANGER PROPERTIES LTD PTN<br>SEVIERVILLE OUTLET CENTER  P.O. BOX 414225<br>BOSTON, MA 02241 | | | Trade Debt – 2010 Operating Exp Recon | | | | $616.83 |

In re: HS OF DELAWARE, LLC          Case No. 11-_____ (____)
         Debtor

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TED BREIHAN ELECTRIC CO.**<br>P.O. BOX 477<br>SAN MARCOS, TX 78667 | | | **Trade Debt – March 2011 Electrical Repairs** | | | | $118.45 |
| ACCOUNT NO.<br>**THE MADHATTER PVT, LTD**<br>NO. 127/1 PALLIYAWATTE<br>HENDALA, WATTALA SRI LANKA | | | **Uncashed Check** | | | | $43.00 |
| ACCOUNT NO.<br>XXXXXXXX0-001<br><br>**THE WEEKS LERMAN GROUP**<br>58-38 PAGE PLACE  PO BOX 0<br>MASPETH, NY 11378 | | | **Trade Debt – March Services** | | | | $50.07 |
| ACCOUNT NO.<br><br>**TITAN MOBILE SHREDDING**<br>PO BOX 2166<br>DOYLESTOWN, PA 18901 | | | **Trade Debt – March Shredding Service** | | | | $115.50 |
| ACCOUNT NO.<br>XX-XXX70.04<br><br>**TOWN OF EDINBURGH**<br>MUNICIPAL UTILITIES  P. O. BOX 65<br>EDINBURGH, IN 46124 | | | 2/28/11-4/17/11 | | | | $162.96 |
| ACCOUNT NO.<br>XX1100<br><br>**TOWN OF KITTERY**<br>PAYMENT CENTER  P.O. BOX 1491<br>BRATTLEBORO, VT 05302 | | | 7/1/10-6/30/11 | | | | $995.35 |
| ACCOUNT NO.<br>XXXXXXXX.0088<br><br>**TOWN OF SMITHFIELD**<br>P.O. BOX 63027<br>CHARLOTTE, NC 28263 | | | 3/23/11-4/25/11 | | | | $1,190.71 |
| ACCOUNT NO.<br>Numerous<br><br>**UNITED PARCEL SERVICE**<br>P. O. BOX 7247-0244<br>PHILADELPHIA, PA 19170 | | | **Trade Debt – March and April Services** | | | | $66,496.28 |
| ACCOUNT NO.<br>X0803<br><br>**UNITED PLUMBING INC.**<br>5925 YOUNGQUIST ROAD S.E.<br>FORT MYERS, FL 33912 | | | **Trade Debt – March Services** | | | | $102.87 |

In re:  HS OF DELAWARE, LLC            Case No. 11-_____ (____)
          Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XX786V; XX20E8 <br><br> UPS SUPPLY CHAIN SOLUTION 28013 NETWORK PLACE CHICAGO, IL 60673 | | | Trade Debt – March and April Services | | | | $1,646.40 |
| ACCOUNT NO. XX-XXXXXXXXX-XXXX654-8 <br><br> VECTREN ENERGY DELIVERY P. O. BOX 6248 INDIANAPOLIS, IN 46206 | | | 3/3/11-4/5/11 | | | | $131.31 |
| ACCOUNT NO. XXX-XXX-XXXX-XX9-74-6; XXX XXX XXXX XX5 74 9 <br><br> VERIZON P. O. BOX 15124 ALBANY, NY 12212 | | | 4/22/11-5/21/11 | | | | $1,082.27 |
| ACCOUNT NO. XXX-XXX-XXXX-XX1-40Y; XXX XXX-XXXX XX8 59Y <br><br> VERIZON P.O. BOX 15026 ALBANY, NY 12212 | | | 3/28/11-4/27/11 | | | | $635.52 |
| ACCOUNT NO. XXX-XXX-XXXX XX3 3OY; XXX XXX-XXXX XX3 18Y <br><br> VERIZON PO BOX 28000 LEHIGH VALLEY, PA 18002 | | | 4/6/11-5/12/11 | | | | $467.72 |
| ACCOUNT NO. XX-XXXX-XXXX-XXXX77-08 <br><br> VERIZON FLORIDA LLC P.O. BOX 920041 DALLAS, TX 75392 | | | 4/3/11-5/3/11 | | | | $167.28 |
| ACCOUNT NO. <br><br> VERIZON WIRELESS P. O. BOX 25505 LEHIGH VALLEY, PA 18002 | | | April Services | | | | $502.54 |
| ACCOUNT NO. <br><br> VERIZON WIRELESS P.O. BOX 15062 ALBANY, NY 12212 | | | April Services | | | | $795.27 |

In re: **HS OF DELAWARE, LLC**　　　　　　　　　　　Case No. 11-_____ (____)
　　　　　　**Debtor**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXX4002 **VILLAGE OF BIRCH RUN P. O. BOX 371 BIRCH RUN, MI 48415** | | | 1/1/11-3/11/11 | | | | $200.64 |
| ACCOUNT NO. XXXX0132 **VNO 100 WEST 33RD ST LLC P.O. BOX 21026A NEW YORK, NY 10286** | | | Trade Debt – March Services | | | | $17,517.99 |
| ACCOUNT NO. XXXX0132 **W.B. MASON CO., INC. P.O. BOX 981101 BOSTON, MA 02298** | | | Trade Debt – March and April Supplies | | | | $2,384.85 |
| ACCOUNT NO. XXX-XXXXXXX-X233-5 **WASTE MANA. OF NW FLORIDA P. O. BOX 105453 ATLANTA, GA 30348** | | | April Services | | | | $310.59 |
| ACCOUNT NO. XXX-XXXXXXX-X730-0; XXX-XXXXXXX-X730-7; XXX-XXX0647-X730-8 **WASTE MANAGEMENT BILL PAYMENT CENTER P.O. BOX 4648 CAROL STREAM, IL 60197** | | | April Services | | | | $676.25 |
| ACCOUNT NO. **WEBLINC, LLC 22 S. 3RD STREET   2ND FLOOR PHILADELPHIA, PA 19106** | | | Modifications and April Service | | | | $1,807.95 |
| ACCOUNT NO. XXX-XXXXXX7-019 **WELLS FARGO FINANCIAL LEASING   P.O. BOX 6434 CAROL STREAM, IL 60197** | | | Trade Debt – Copier Lease | | | | $15.00 |
| ACCOUNT NO. XXX0444 **WESTERN PEST SERVICES P.O. BOX 259 SPRINGHOUSE, PA 19477** | | | Trade Debt – April Services | | | | $82.68 |

In re: **HS OF DELAWARE, LLC**
            **Debtor**

Case No. 11-_____ (____)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XXXX-3402 <br><br> **WRIGHT-HENNEPIN COOP ELEC** <br> **P. O. BOX 77027** <br> **MINNEAPOLIS, MN 55480** | | | 3/14-5/02/11 | | | | $91.00 |
| ACCOUNT NO. XXX4317 <br><br> **ZEE MEDICAL SERVICE #52** <br> **2745 B. LEISCZ'S BRIDGE R** <br> **READING, PA 19605** | | | **Trade Debt – Supplies** | | | | $97.08 |
| | | | | | Subtotal ▶ | | |
| | | | Total ▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $225,723.69 |
| | | | | | | | |

In re: HS OF DELAWARE, LLC          Case No. 11-_____ (____)
         Debtor

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WP Devon Associates, L.P.<br>c/o WP Realty, Inc.<br>940 Haverford Road<br>Bryn Mawr, PA 19010 | Lease Agreement between Debtor ("Lessee") and WP Devon Associates, L.P. dated October 21, 2010 for approximately 18,325 square feet of office space.<br><br>Nonresidential Real Property |
| Tanger Properties Limited Partnership<br>c/o Tanger Factory Outlet Centers, Inc.<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 | Lease Agreement between Debtor ("Lessee") and Tanger Properties Limited dated June 27, 2008 for approximately 2,500 square feet of retail space.<br><br>Nonresidential Real Property |
| Ohio Factory Shops Partnership<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Other Parties: Ohio Factory Shops Member GP, LLC,<br>     Prime Retail, L.P. and Prime Outlets Acquisition<br>     Company, LLC | Lease Agreement between Debtor ("Lessee") and Ohio Factory Shops Partnership dated March 17, 2006 for approximately 2,714 square feet of retail space in Prime Outlets Jeffersonville.<br><br>Nonresidential Real Property |
| VNO 100 West 33rd Street LLC<br>c/o Vornado Office Management LLC<br>888 Seventh Avenue<br>New York, NY 10001 | Lease Agreement between Debtor ("Lessee") and VNO 100 West 33rd Street LLC dated June 30, 2008 of office/showroom space.<br><br>Nonresidential Real Property |
| Maven, LLC<br><br>c/o Ruthanne Secunda<br>United Talent Agency<br>9560 Wilshire Boulevard<br>Beverly Hills, CA 90212<br><br>c/o Paula Friedman<br>United Talent Agency<br>100 Overlook Center<br>Princeton, NJ 08540 | Agreement between Debtor and Maven, LLC dated as of September 8, 2008 for Maven, LLC to provide services in connection with a line of children's clothing developed, manufactured and distributed by Debtor. Agreement further provides for Maven, LLC to give Debtor certain rights to use T. Spellings' persona and materials in connection with said line. |

In re: **HS OF DELAWARE, LLC**                                     Case No. 11-_____ (___)
       **Debtor**

# SCHEDULE H – CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hartstrings Nevis LLC**<br>**253/7 Polhengeda Road**<br>**Sri Lanka**<br>**Columbo 05** | **American Capital, LTD**<br>**2 Bethesda Metro Center,**<br>**14th Floor**<br>**Bethesda, Maryland 20814**<br><br>**Hartstrings Holdings Corp.**<br>**270 E. Conestoga Rd**<br>**Strafford, PA   19087** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------x
In re:                                      :      Chapter 7
                                            :
HS OF DELAWARE, LLC                         :
f/k/a HARTSTRINGS, LLC,                     :      Case No. 11-_____ (____)
                                            :
              Debtor.                       :
                                            :
-----------------------------------------------x
```

## DECLARATION CONCERNING DEBTOR'S
## SCHEDULES OF ASSETS AND LIABILITIES

I, Jean M. Lewis, the authorized representative and former Chief Financial Officer

of the debtor in the above-captioned case, declare under penalty of perjury that I have read the

foregoing Schedules of Assets and Liabilities, and that they are true and accurate to the best of

my knowledge, information and belief.

Date:   June 2, 2011


                                        _____
                                        Jean M. Lewis
                                        Authorized Representative
                                        HS of Delaware, LLC